**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 675 |
| | : | |
| ORDER ADOPTING RULE 205.6 | : | CIVIL PROCEDURAL RULES |
| AND AMENDING RULES 229.2, | : | |
| 240, 1018, AND 2028 OF THE | : | DOCKET |
| PENNSYLVANIA RULES OF | : | |
| CIVIL PROCEDURE | : | |
| | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2018, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 47 Pa.B. 4662 (August 12, 2017):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 205.6 of the Pennsylvania Rules of Civil Procedure is adopted and Rules 229.2, 240, 1018, and 2028 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on January 6, 2018.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.